# UNITED STATES DISTRICT COURT

for

# WESTERN DISTRICT OF TENNESSEE

## MEMPHIS DIVISION

U.S.A. vs. **TERRELL GREEN**                            Docket No. __2:02CR20151-001__

### Petition on Probation and Supervised Release

**COMES NOW** __NICOLE D. PETERSON__ **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of Terrell Green who was placed on supervision by the Honorable Julia Smith Gibbons sitting in the Court at Memphis, TN on the 3rd day of January, 2003 who fixed the period of supervision at three (3) years*, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1. The defendant shall submit to substance abuse testing and treatment as deemed appropriate by the Probation Officer.

2. The defendant shall undergo mental health counseling as deemed appropriate by the Probation Officer.

3. The defendant shall pay restitution in the amount of $306,104.32. (Balance $306,104.32)

\* Term of Supervised Release began October 10, 2004.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

After reviewing Terrell Green's monthly income and necessary expenses, it appears that ten percent (10%) of his monthly gross income is an appropriate payment plan.

**PRAYING THAT THE COURT WILL ORDER** that Terrell Green's restitution payments be set at ten percent (10%) of his monthly gross income.

**ORDER OF COURT**                                   Respectfully,

Considered and ordered this 9th day of June, 2005 and ordered filed and made a part of the records in the above case.



United States District Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-14-05

Nicole D. Peterson
U.S. Probation Officer

**Place** Memphis, Tennessee

**Date** May 27, 2005

928

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 828 in case 2:02-CR-20151 was distributed by fax, mail, or direct printing on June 14, 2005 to the parties listed.

---

Marcus Martin
1420 Brown Street
Memphis, TN 38107

Financial Unit
FINANCIAL UNIT
167 N. Main St.
Ste. 242
Memphis, TN 38103

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Bruce I. Griffey
LAW OFFICES OF BRUCE I. GRIFFEY
142 North Third St.
3rd Floor
Memphis, TN 38103

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Randall P. Salky
LAW OFFICE OF RANDALL SALKY
266 S. Front St.
Memphis, TN 38103

Edwin A. Perry
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT