PROB. 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT

FILED BY _____ D.C.

for

05 NOV 18 PM 12: 05

## WESTERN DISTRICT OF TENNESSEE

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W.D. OF TN, MEMPHIS

U.S.A. vs. TERRELL J. GREEN

Docket No.   2:02CR20151-001

## Petition on Probation and Supervised Release

**COMES NOW**   NICOLE D. PETERSON  , **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of   Terrell J. Green   who was placed on supervision by the Honorable   Julia Smith Gibbons   sitting in the Court at   Memphis, TN  , on the 3rd day of January , 2003, who fixed the period of supervision at   three (3) years* , and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1.    The defendant shall submit to substance abuse testing and treatment as deemed appropriate by the Probation Officer.

2.    The defendant shall undergo mental health counseling as deemed appropriate by the Probation Officer.

3.    Restitution in the amount of $306,104.32 (Balance $306,104.32)

*    Term of Supervised Release began on September 10, 2004.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
**(If short insert here; if lengthy write on separate sheet and attach)**

## SEE ATTACHED

**PRAYING THAT THE COURT WILL ORDER** that a **WARRANT** be issued for Terrell J. Green to appear before the Court to answer charges of Supervised Release violation.

**BOND:** No bond

### ORDER OF COURT

Considered and ordered this 17th day of Nov , 2005 , and ordered filed and made a part of the records in the above case.

_____
United States District Judge

I declare under penalty of perjury that the foregoing is true and correct

Executed on   November 14, 2005

_____
U. S. Probation Officer

Place   Memphis TN

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on  11-18-05

837

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

**The defendant has violated the following conditions of his Supervised Release:**

**The defendant shall not commit another federal, state or local crime.**

On July 26, 2005, Terrell J. Green was arrested by Memphis Police on charges of Theft of Services Over $1,000 and Forgery (3 counts). According to the Affidavit of Complaint, beginning on or about June 15, 2005, the defendant wrote three checks to Gould's Salon for a gift card to be used for services totaling $1,576.42. The account the checks were written on was in the name of Tiffany Perry. All of the accounts numbers were invalid. The defendant was identified by the director of operations at Gould's as the individual who wrote the checks. The checks were used to purchase a gift card that was used at various Gould's locations. The gift card was in the defendant's possession at the time of his arrest.

On September 9, 2005, Terrell J. Green was arrested by Huntsville, Alabama Police on charges of Possession of Forged Instruments. A charge of Trafficking in Identity Theft was added the following day. According to the report received from Huntsville Police Department, Mr. Green and an accomplice were purchasing merchandise from a number of area stores with counterfeit checks. Following transport to the precinct, Mr. Green admitted that he came to Huntsville to buy merchandise using counterfeit checks that he made on his computer. He indicated that he used the routing number for his First Tennessee checking account and just made up account numbers to see if they would work. Mr. Green then signed a consent to search his hotel room. At that time, Huntsville Police Investigator Crocker found more property as well as several FedEx air bills. When questioned regarding the air bills, the defendant indicated that they were shipping the property back to Memphis via FedEx. Several Equifax reports on individuals other than the defendant and his co-defendant were obtained during the search as well. He is currently being held without bond in this matter.

**The defendant shall not leave the judicial district without the permission of the Court or probation officer.**

Mr. Green left the Western District of Tennessee without permission as evidenced by his arrest in Huntsville, Alabama on September 9, 2005.

# VIOLATION WORKSHEET

1.   **Defendant**   Terrell J Green, 2817 Stoneway #410, Memphis, TN 38128

2.   **Docket Number (Year-Sequence-Defendant No.)**        2:02CR20151-001

3.   **District/Office**   **Western District of Tennessee**

4.   **Original Sentence Date**      1   /  3  /  2003
                                 month      day      year

5.   **Original District/Office**

6.   **Original Docket Number (Year-Sequence-Defendant No.)**

7.   **List each violation and determine the applicable grade {see §7B1.1}:**

| Violation{s} | Grade |
|---|---|
| New criminal charge: Theft of Services Over $1000 & Forgery (3 counts) | B |
| New criminal charge: Trafficking in Identity Theft and Possession of Forged Instruments | B |
| Travel outside the district without permission | C |

8.   **Most Serious Grade of Violation (see §7B1.1(b))**                                                B

9.   **Criminal History Category (see §7B1.4(a))74**                                                    I

10.  **Range of imprisonment (see §7B1.4(a))**                                      4-10     months
                                                             **Statutory Maximum:   24 months**

11.  **Sentencing Options for Grade B and C Violations Only (Check the appropriate box):**

{ x }   (a)If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is at least one month but not more than six months, §7B1.3©(1) provides sentencing options to imprisonment.

{  }   (b)If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is more than six months but not more than ten months, §7B1.3©(2) provides sentencing options to imprisonment.

{  }   ©If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is more than ten months, no sentencing options to imprisonment are available.

**Mail documents to:  United States Sentencing Commission, 1331 Pennsylvania Avenue, N.W.
Suite 1400, Washington, D.C., 20004, Attention: Monitoring Unit**

12.    **Unsatisfied Conditions of Original Sentence**

List any restitution, fine, community confinement, home detention, or intermittent confinement previously imposed in connection with the sentence for which revocation is ordered that remains unpaid or unserved at the time of revocation {see §7B1.3(d)}:

Restitution ($) _____ $306,104.32 _____         Community Confinement _____

Fine ($) _____         Home Detention _____

Other _____         Intermittent Confinement _____

13.    **Supervised Release**

If probation is to be revoked, determine the length, if any, of the term of supervised release according to the provisions of §§5D1.1-1.3{see §§7B1.3(g)(1)}.

Term: _____ to _____ years

If supervised release is revoked and the term of imprisonment imposed is less than the maximum term of imprisonment imposable upon revocation, the defendant may, to the extent permitted by law, be ordered to recommence supervised release upon release from imprisonment {see 18 U.S.C. §3583(e) and §7B1.3(g)(2)}.

Period of supervised release to be served following release from imprisonment: _____

14.    **Departure**

List aggravating and mitigating factors that may warrant a sentence outside the applicable range of imprisonment:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

15.    **Official Detention Adjustment** {see §7B1.3(e)}: _____ months _____ days

**Mail documents to: United States Sentencing Commission, 1331 Pennsylvania Avenue, N.W. Suite 1400, Washington, D.C., 20004, Attention: Monitoring Unit**

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 837 in case 2:02-CR-20151 was distributed by fax, mail, or direct printing on November 18, 2005 to the parties listed.

Steffen G. Schreiner
LAW OFFICE OF STEFFEN G. SCHREINER
369 N. Main
Memphis, TN 38103

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT